# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. SANCHEZ,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 8:21-cv-00351-MRW<br><br>**JUDGMENT** |

　　Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

　　IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: 10/18/2021

　　　　　　　　　　　　　　THE HONORABLE MICHAEL R. WILNER
　　　　　　　　　　　　　　United States Magistrate Judge

-1-